00528

Order issued December 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01537-CV

## LAWYERS TITLE COMPANY, Appellant

### V.

## J.G. COOPER DEVELOPMENT, INC., Appellee

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-02917**

# ORDER

The parties' agreed motion to postpone oral argument currently set for February 13, 2013, is **GRANTED.** The case will be removed from the February 13, 2013 oral argument docket and reset for submission on a week other than March 4, 2013, and March 11, 2013.

ELIZABETH LANG-MIERS
PRESIDING JUSTICE